580

No. 51. ARMSTRONG PAINT & VARNISH WORKS *v.* NU-ENAMEL CORP. ET AL. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. George A. Carpenter* and *George I. Haight* for petitioner. *Mr. Edward S. Rogers* for respondents.

No. 55. MCDONALD *v.* THOMPSON ET AL. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. T. S. Christopher* for petitioner. *Mr. William M. McCraw* for respondents.

No. 57. MISSOURI EX REL. GAINES *v.* CANADA, REGISTRAR OF THE UNIVERSITY OF MISSOURI, ET AL. October 10, 1938. Petition for writ of certiorari to the Supreme Court of Missouri granted. *Messrs. Charles H. Houston* and *Leon A. Ransom* for petitioner. *Messrs. Fred L. Williams, Fred L. English,* and *William S. Hogsett* for respondents.

No. 73. MINNESOTA *v.* UNITED STATES. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. William S. Ervin,* Attorney General of Minnesota, for petitioner. *Solicitor General Jackson, Assistant Attorney General McFarland,* and *Mr. Warner W. Gardner* for the United States.

No. 94. INTER-ISLAND STEAM NAVIGATION Co. *v.* HAWAII. October 10, 1938. Petition for writ or certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. J. Garner Anthony* for petitioner. *Mr.*